IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Stevens Aerospace and Defense Systems, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Bernstein Aircraft Sales, LLC,<br>Bernstein Equity Partners, LLC,<br><br>Defendants. | Civil Action No. _____<br><br><br>**COMPLAINT**<br>**(non-jury)** |

Plaintiff, Stevens Aerospace and Defense Systems, LLC ("Plaintiff"), complaining of the above-named Defendants, would respectfully show unto the Court as follows:

## **PARTIES**

1.      Plaintiff is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in South Carolina.

2.      Defendants (i) Bernstein Aircraft Sales, LLC and (ii) Bernstein Equity Partners, LLC (collectively "Defendants") are both limited liability companies organized and existing under the laws of the State of New York.

## **JURISDICTION AND VENUE**

3.      Jurisdiction in this matter is based upon 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants, and because the amount in controversy exceeds $75,000.00.

4.      Defendants contractually consented to jurisdiction and venue in the state of South Carolina.

5.      Venue is proper in in this division because Plaintiff's principal place of business is within the Spartanburg Division.

## BACKGROUND FACTS

6.      Defendants have an ownership interest in or affiliation with those certain aircraft registered with the Federal Aviation Administration identified as Registry Number N298RB and Registry Number N1919MB (collectively, the "Aircraft").

7.      Defendants engaged Plaintiff to perform certain mechanical services and repairs to the Aircraft.  In agreeing to the Maintenance and/or Repair Authorization, Defendants agreed to the terms and conditions contained therein (the "Terms and Conditions").  A copy of the Terms and Conditions is attached hereto as **Exhibit A**.

8.      Plaintiff invoices Defendants for the amount owed.  A copy of the invoices for the Aircraft are attached hereto respectively as **Exhibits B and C**.

9.      Defendants thereafter requested that Plaintiff agree to release the Aircraft in exchange for a partial payment in the amount of $180,000.00.

10.     Plaintiff agreed, and the parties entered into that certain Aircraft Release Agreement dated July 9, 2020 (the "Agreement"), a copy of which is attached hereto as **Exhibit D**.

11.     Pursuant to the Agreement, Defendants were to pay the remaining balance of $80,935.08, plus an additional $2,000.00 for the cost of filing a mechanics lien, on or before July 31, 2020.

12.     Defendants have failed and refused to pay the amount owed under the Agreement.

13.     Subsequently, Defendants engaged Plaintiff to do further work on N298RB.

14.     Plaintiff invoiced Defendants for the additional sum of $4,582.74, which amounts Defendants have failed and refused to pay.  A copy of the final invoice is attached hereto as **Exhibit E**.

15.     Pursuant to the Terms and Conditions, Plaintiff is entitled to collect delinquency charges in the 1.5% per month.

16.     Pursuant to the Terms and Conditions, Plaintiff is entitled to recover its reasonable attorneys' fees and other costs of collection.

**FOR A FIRST CAUSE OF ACTION**
**(Breach of Contract - Suit on Open Account)**

17.     Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

18.     Pursuant to the agreement of the parties, Plaintiff perform certain mechanical services and repairs to the Aircraft on an extension of credit (the "Open Account").

19.     In connection with the materials provided and repairs and services performed on the Open Account, invoices were sent to Defendants requesting payment for the products sold, which invoices Defendants have failed to pay in full when due.

20.     As of July 31, 2020, there is due and owing to Plaintiff an outstanding balance on the Open Account of $87,517.82, plus delinquency charges in the amount of 1.5% per month.

21.     Plaintiff is entitled to a judgment against Defendants, jointly and severally, in the amount of $87,517.82 as of July 31, 2020 plus delinquency charges in the amount of 1.5% per month thereafter, as well as Plaintiff's reasonable attorneys' fees and costs.

## FOR A SECOND CAUSE OF ACTION IN THE ALTERNATIVE
### (Unjust Enrichment)

22.     Plaintiff repeats and realleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

23.     Plaintiff conferred a benefit upon Defendants by providing the materials, repairs, and services to Defendants with regard to the Aircraft.

24.     Defendants received the benefit of the repairs and services to the Aircraft and realized the use and enjoyment of the repairs and services.

25.     The benefit that Plaintiff provided the Defendants collectively has a reasonable value, after application of payments received from Defendants, of at least $87,517.82.

26.     Defendants have failed to pay Plaintiff in full for the repairs and services.

27.     As a result, Defendants have unjustly received the benefit of the use of the repairs and services without paying for those benefits.

28.     Allowing Defendants to retain the benefit of the repairs and services without payment would be inequitable.

29.     Plaintiff is entitled to a judgment against Defendants, jointly and severally, in the amount of at least $87,517.82 plus pre-judgment interest at the South Carolina pre-judgment interest rate of 8.75% from and after July 31, 2020.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants, jointly and severally, as follows:

a)     in the amount of $87,517.82 as of July 31, 2020, plus delinquency charges in the amount of 1.5% per month thereafter, as well as Plaintiff's reasonable attorneys' fees and costs;

b)     alternatively, in the amount of at least $87,517.82 plus pre-judgment interest at the South Carolina pre-judgment interest rate of 8.75% from and after July 31, 2020.

c)        For such other and further relief as the Court deems just and proper.

/s/ M. Kevin McCarrell
M. Kevin McCarrell (Fed. I.D. 10427)
FOX ROTHSCHILD LLP
2 West Washington St., Suite 1100
Greenville, SC 29601
(864) 781-7600; (864) 781-7800 (fax)
kmccarrell@foxrothschild.com
*Attorneys for Plaintiff*

September 8, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Stevens Aerospace and Defense Systems, LLC, | Civil Action No. _____ |
| Plaintiff, | |
| vs. | **VERIFICATION OF COMPLAINT** |
| Bernstein Aircraft Sales, LLC,<br>Bernstein Equity Partners, LLC, | |
| Defendants. | |

PERSONALLY appeared before me the undersigned who was duly sworn and stated that he is the Chief Financial Officer for the Plaintiff in the above-captioned action; that he has reviewed the Complaint, and the matters alleged in the Complaint in this action are true to the best of his knowledge, except as to those matters stated upon information and belief, which he believes to be true; that the damages as alleged in the Complaint are, within his knowledge, just, true and correct, and that Plaintiff is entitled to recover from the Defendants the sums set forth in the Complaint.

FURTHER THE AFFIANT SAYETH NAUGHT.

SWORN to before me this 2nd
day of September, 2020.

Joyce E. Worley
Notary Public for South Carolina
My Commission Expires: 7/25/2027

By:_____
Neal McGrail, CFO

JOYCE E. WORLEY
Notary Public
State of South Carolina
Commission Expires July 25, 2027

6